UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  12-61187-CIV-ROSENBAUM/OTAZO-REYES

DEPOSITERS INSURANCE COMPANY,

      Plaintiff,

v.

CESAR VELILLA M.D., P.A., and
CYNTHIA ARGUELLES,

      Defendants.
_____/

## ORDER REQUIRING MEDIATION REPORT

This matter is before the Court upon a review of the record.  On October 9, 2012, this Court entered an Order of Referral to Mediation that, among other things, required a report of mediation to be filed within seven days of the parties' mediation conference.  D.E. 21 at 7.  The parties were scheduled to attend mediation on June 27, 2013.  D.E. 33.  However, to date, the mediator has not filed a mediation report as required.

Accordingly, it is **ORDERED and ADJUDGED** that on or before **July 24, 2013**, the parties shall file a mediation report containing the information required by the Order of Referral to Mediation.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 17th day of July 2013.

                                                ROBIN S. ROSENBAUM
                                                UNITED STATES DISTRICT JUDGE

Copies to:

Mediator
Counsel of record